7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Carl T Blankenship and Shannon M Blankenship
*Debtor*

*Bankruptcy Case No.*
13–42605–drd7

**Jan M Vater**
    Plaintiff(s)

*Adversary Case No.*
13–04173–drd

v.

**Carl T Blankenship**
**Shannon M Blankenship**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: The debt in the amount of $4,361.25 owed to Plaintiff Jan Vater is hereby nondischargeable pursuant to 11 U.S.C. Section 523(a)(5) and therefore not discharged herein as to Carl Blankenship.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 1/24/14

Court to serve